

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE # 05-39105 W
CHAPTER 13
*
Nichpor, Bradley V
Debtor *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The balance of funds for the creditor in the amount of **$35.00** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 674925 | Recovery Solutions Corp<br>6625 Dixie Hwy Suite W<br>Fairfield, Oh 45014-5490 | 19.01 | 5/28/10 |
| --- | Same as Above | 15.99 | Balance |

2. Your trustee's check #695462 for a total of $ 35.00 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 08/31/10

John P. Gustafson
Trustee in Bankruptcy