✓ #695463  # 128827
695463
FILED
2010 SEP -2 PM 3:03
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                             *          CASE # 05-39105 W
                                              CHAPTER 13
                                   *
Nichpor, Bradley V
Debtor                             *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The balance of funds for the creditor in the amount of **$115.50** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 656983 | Riscuity, Inc.<br>P O Box 4320<br>Alpharetta, Ga. 30023 | 25.14 | 3/31/10 |
| 666439 | Same as Above | 20.30 | 4/30/10 |
| ---- | Same as above | 70.06 | Balance |

2. Your trustee's check #695463 for a total of $ 115.50  payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 08/31/10

John P. Gustafson
Trustee in Bankruptcy